The People of the State of New York, Respondent, *v.* James N. De Pretis, Appellant.

*People* v. *De Pretis*, 150 App. Div. 903, appeal dismissed.
(Submitted February 23, 1914; decided March 3, 1914.)

Motion to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1912, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a judgment convicting the defendant of the crime of robbery in the first degree.

The motion was made upon the ground of failure to file the required return and to prosecute the appeal.

*Charles S. Whitman, District Attorney* (*Louis Fabricant* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.